CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 0 8 2010

JOHN F. CORCORAN, CLERK
BY: _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN D. EASTWOOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 7:10CV00096 |
| | ) | |
| **v.** | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **MS. LEE KICKLIGHTER, ET AL.,** | ) | By:  Glen E. Conrad |
| | ) | **United States District Judge** |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for

failure to state a claim, and this action is stricken from the active docket of the court.

ENTER: This ___8th___ day of June, 2010.

_____
United States District Judge